Robert C. Niesley, Esq. (Cal. Bar No. 131373)
Joseph C. McGowan, Esq. (Cal. Bar No. 166426)
Nicholas A. Merrell, Esq. (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001
rniesley@wthf.com
jmcgowan@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff TRAVELERS CASUALTY
AND SURETY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>              Defendants. | CASE NO. C 06-01021 PJH<br><br>**STIPULATION AND P~~ROPOSED~~ ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE** |

///
///
///
///
///

1  Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Plaintiff
2  Travelers Casualty and Surety Company of America, and Defendants City and County of San Francisco,
3  General Motors Corporation, Verint Systems, Inc., and Loronix, Inc. hereby stipulate to change the time
4  and date of the Case Management Conference. The Case Management Conference is presently set for
5  July 13, 2006 at 2:30 p.m., and the parties hereby stipulate and agree that the Case Management
6  Conference shall be set for any weekday between July 24, 2006 and August 3, 2006, at the Court's
7  convenience.

11  Dated: March 30 2006    OFFICE OF THE CITY ATTORNEY

12                          By: _____
13                          Cassandra Knight, Esq.
                            ATTORNEY FOR DEFENDANT CITY AND COUNTY
14                          OF SAN FRANCISCO

17  Dated: March ___ 2006    LONG & LEVIT, LLP

18                          By: _____
                            J. Michael Higginbotham, Esq.
19                          ATTORNEY FOR DEFENDANTS VERINT SYSTEMS,
                            INC. AND LORONIX, INC.

---

2
STIPULATION AND PROPOSED ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE

1  Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Plaintiff
2  Travelers Casualty and Surety Company of America, and Defendants City and County of San Francisco,
3  General Motors Corporation, Verint Systems, Inc., and Loronix, Inc. hereby stipulate to change the time
4  and date of the Case Management Conference. The Case Management Conference is presently set for
5  July 13, 2006 at 2:30 p.m., and the parties hereby stipulate and agree that the Case Management
6  Conference shall be set for any weekday between July 24, 2006 and August 3, 2006, at the Court's
7  convenience.

11  Dated: March ___ 2006        OFFICE OF THE CITY ATTORNEY

    By: _____
        Cassandra Knight, Esq.
        ATTORNEY FOR DEFENDANT CITY AND COUNTY
        OF SAN FRANCISCO

17  Dated: ~~March~~ April 6/ 2006        LONG & LEVIT LLP

    By: _____
        J. Michael Higginbotham, Esq.
        ATTORNEY FOR DEFENDANTS VERINT SYSTEMS,
        INC. AND LORONIX, INC.

---
2
STIPULATION AND PROPOSED ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE

1

2  Dated: March 29, 2006            DYKEMA GOSSETT, P.L.L.C.
3
                                    By: /s/ Patricia Coleman
4                                       Patricia Coleman, Esq.
                                        ATTORNEY FOR DEFENDANT GENERAL
5                                       MOTORS, INC.

6

7

8  Dated: March ___ 2006            WATT, TIEDER, HOFFAR
9                                   & FITZGERALD, L.L.P.

10

                                    By: _____
11                                      Nicholas A. Merrell, Esq.
                                        ATTORNEY FOR DEFENDANT TRAVELERS
12                                      CASUALTY AND SURETY COMPANY OF
13                                      AMERICA

14

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16   CASE MANAGEMENT CONFERENCE SET FOR
     AUGUST 3, 2006 AT 2:30 P.M.
17
                                    _____
18                                  The Honorable Judge Phyllis J. Hamilton

19                                  [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

20

21

22

23

24

25

26

27

28

Dated: March ____ 2006                    DYKEMA GOSSETT, P.L.L.C.

                                          By:_____
                                              Patricia Coleman, Esq.
                                              ATTORNEY FOR DEFENDANT GENERAL
                                              MOTORS, INC.


Dated: ~~March~~ April 7, 2006            WATT, TIEDER, HOFFAR
                                          & FITZGERALD, L.L.P.

                                          By: /s/ Nicholas A. Merrell
                                              Nicholas A. Merrell, Esq.
                                              ATTORNEY FOR DEFENDANT TRAVELERS
                                              CASUALTY AND SURETY COMPANY OF
                                              AMERICA


PURSUANT TO STIPULATION, IT IS SO ORDERED.


                                          _____
                                          The Honorable Judge Phyllis J. Hamilton