Robert C. Niesley, Esq. (Cal. Bar No. 131373)
Joseph C. McGowan, Esq. (Cal. Bar No. 166426)
Nicholas A. Merrell, Esq. (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001
rniesley@wthf.com
jmcgowan@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation<br><br>Defendants. | CASE NO.: C 06-01021   PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR options and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1) The parties agree to participate in **Mediation** pursuant to ADR L.R. 6.

2) The parties agree to hold the ADR session upon completion of factual discovery.

1  I, Nicholas A. Merrell, hereby certify that I was present at a telephonic meet and confer session conducted
2  on or about May 25, 2006, and that all of the following attorneys consented to the ADR selection and
3  timeframe described above on behalf of each of the parties in this lawsuit:

5  /s/ Cassandra Knight
Cassandra Knight
6  San Francisco City Attorney's Office
Attorneys for Defendant
7  THE CITY AND COUNTY OF SAN FRANCISCO

9  /s/ Juan Araneda
Juan Araneda
10  Long & Levit, LLP
Local Attorneys for Defendant
11  VERINT SYSTEMS, INC. AND LORONIX, INC.

13  /s/ Patricia Coleman
Patricia Coleman
14  Dykema Gossett PLLC
Attorneys for Defendant
15  GENERAL MOTORS, INC.

17  /s/ Tammy Brown
Tammy Brown
18  Attorneys for Cross-Defendant
NEOPLAN USA CORP.

20  Dated: June 23, 2006                    WATT, TIEDER, HOFFAR
                                            & FITZGERALD, L.L.P.

22                                          By:  /s/ Nicholas A. Merrell
23                                              Robert C. Niesley, Esq.
                                                Joseph C. McGowan, Esq.
24                                              Nicholas A. Merrell, Esq.
                                                Attorneys for Plaintiff TRAVELERS
25                                              CASUALTY AND SURETY COMPANY

1 [~~PROPOSED~~] ORDER

2 Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

3 The deadline for the ADR session shall be set upon completion of factual discovery.

5 IT IS SO ORDERED.

7 Dated: 7/10/06       By: _____
                       The Honorable [Judge Phyllis J. Hamilton]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)