1  Matthew F. Graham, State Bar No. 95194
   Tammy A. Brown, State Bar No. 172612
2  **AIKEN, KRAMER & CUMMINGS, INC.**
   1111 Broadway, Suite 1500
3  Oakland, California 94607
   Telephone: (510) 834-6800
4  Facsimile: (510) 834-9017
   E-mail:
5  mgraham@akclawfirm.com
   tbrown@akclawfirm.com
6
7  Attorneys for Cross-Defendant and Cross- Claimant
   NEOPLAN USA CORPORATION
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff[s],<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No. C 06 1021 PJH<br><br>[~~PROPOSED~~] **ORDER STAYING DISCOVERY AND CMC OBLIGATIONS AS TO NEOPLAN** |
|---|---|

In light of Cross-Defendant and Cross- Claimant NEOPLAN USA CORPORATION's bankruptcy petition, all discovery as to NEOPLAN will be stayed as will all of its Case Management obligations until November 16, 2006, at which point the Court will decide how to proceed in light of NEOPLAN's bankruptcy.

Dated: 9/8/06

By _____
PHYLLIS J. H[AMILTON]
Judge of the [U.S. District Court]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

[Propose] Order Staying Matters as to Neoplan
Case No. C 06 1021 PJH

L:\NEOPL\PLEADINGS\Nt.Bankruptcy.ORDER.doc