Robert C. Niesley, Esq. (Cal. Bar No. 131373)
Joseph C. McGowan, Esq. (Cal. Bar No. 166426)
Nicholas A. Merrell, Esq. (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001
rniesley@wthf.com
jmcgowan@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation, | CASE NO.: C 06-01021 PJH |
| Plaintiff, | **[PROPOSED] DISMISSAL ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation | |
| Defendants. | |

///

///

///

///

///

///

///

///

1

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' Stipulation of Dismissal,
2    Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY ("TRAVELERS"), and Defendant,
3    CITY AND COUNTY OF SAN FRANCISCO ("CCSF"), by and through counsel, have represented to
4    the Court that all claims between those parties have been satisfactorily resolved and settled, pursuant to
5    which they jointly move for dismissal with prejudice of all causes of action asserted by TRAVELERS
6    against CCSF, and for the dismissal with prejudice of all causes of action asserted by CCSF against
7    TRAVELERS.

8    Upon consideration whereof and for good cause shown, it is accordingly ORDERED that all
9    causes of action asserted by TRAVELERS against CCSF, and all causes of action asserted by CCSF
10   against TRAVELERS be, and the same hereby are, DISMISSED, with prejudice, with the parties bearing
11   their own costs, attorney's fees and expenses relating to this action.

12   IT IS SO ORDERED.

14   Dated: __October 12__, 2006

The Honorable Phyllis J. Hamilton



2

[PROPOSED] DISMISSAL ORDER