Robert C. Niesley, Esq. (Cal. Bar No. 131373)
Joseph C. McGowan, Esq. (Cal. Bar No. 166426)
Nicholas A. Merrell, Esq. (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001
rniesley@wthf.com
jmcgowan@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation<br><br>　　　　Defendants. | CASE NO.: C 06-01021 PJH<br><br>[~~PROPOSED~~] DISMISSAL ORDER |

///

///

///

///

///

///

///

///

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' Stipulation of Dismissal,
2  Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY ("TRAVELERS"), and Defendant,
3  GENERAL MOTORS CORPORATION ("GM"), by and through counsel, have represented to the Court
4  that all claims between those parties have been satisfactorily resolved and settled, pursuant to which they
5  jointly move for dismissal with prejudice of all causes of action asserted by TRAVELERS against GM.
6  Upon consideration whereof and for good cause shown, it is accordingly ORDERED that all
7  causes of action asserted by TRAVELERS against GM be, and the same hereby is, DISMISSED, with
8  prejudice, with the parties bearing their own costs, attorney's fees and expenses relating to this action.
9  IT IS SO ORDERED.

11  Dated: __October 20__, 2006    _____
                                    The Honorable Judge Phyllis J. Hamilton



[PROPOSED] DISMISSAL ORDER