J. MICHAEL HIGGINBOTHAM CA State Bar #61499
JUAN C. ARANEDA CA State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
mhigginbotham@longlevit.com
jaraneda@longlevit.com

Attorneys for Defendants
LORONIX, INC. and VERINT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation,<br><br>      Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE No. C-06-1021 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE** |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH

1

STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE

Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Defendant/Cross-Complainant/Cross-Defendant City and County of San Francisco, Defendant/Cross-Complainant/Cross Defendant General Motors Corporation and Defendants/Cross-Defendants Loronix, Inc., Verint Systems, Inc., hereby stipulate to change the time and date of the Case Management Conference. The Case Management Conference is presently set for November 16, 2006 at 2:30 p.m., and the parties hereby stipulate and agree that the Case Management Conference shall be set for any weekday from February 2 through 14, 2007, at the Court's convenience

Dated: November 14, 2006             OFFICE OF THE CITY ATTORNEY

                                     By _____
                                        KRISTINE POPLAWSKI
                                        Attorneys for Defendant, Cross-
                                        Complainant and Cross-Defendant
                                        CITY AND COUNTY OF SAN
                                        FRANCISCO

Dated: November __, 2006             DYKEMA GOSSETT, P.L.L.C.


                                     By _____
                                        PATRICIA COLEMAN
                                        Attorneys for Defendant, Cross-
                                        Complainant and Cross-Defendant
                                        GENERAL MOTORS, INC.

Dated: November __, 2006             LONG & LEVIT LLP


                                     By _____
                                        JUAN C. ARANEDA
                                        Attorneys for Defendants and Cross-
                                        Defendants LORONIX, INC. and
                                        VERINT SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


                                     _____
                                     The Honorable Judge Phyllis J. Hamilton

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                      2                    STIPULATION AND [PROPOSED] ORDER CHANGING
                                                                 THE TIME AND DATE OF THE CASE MANAGEMENT
                                                                 CONFERENCE

1  Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California,
2  Defendant/Cross-Complainant/Cross-Defendant City and County of San Francisco, Defendant/
3  Cross-Complainant/Cross Defendant General Motors Corporation and Defendants/Cross-
4  Defendants Loronix, Inc., Verint Systems, Inc., hereby stipulate to change the time and date of the
5  Case Management Conference. The Case Management Conference is presently set for November
6  16, 2006 at 2:30 p.m., and the parties hereby stipulate and agree that the Case Management
7  Conference shall be set for any weekday from February 2 through 14, 2007, at the Court's
8  convenience

9  Dated: November __, 2006     OFFICE OF THE CITY ATTORNEY

11                                By _____
12                                   KRISTINE POPLAWSKI
                                     Attorneys for Defendant, Cross-
                                     Complainant and Cross-Defendant
13                                   CITY AND COUNTY OF SAN
                                     FRANCISCO

15  Dated: November 14, 2006     DYKEMA GOSSETT, P.L.L.C.

17                                By /s/ Patricia Coleman
                                     PATRICIA COLEMAN
18                                   Attorneys for Defendant, Cross-
                                     Complainant and Cross-Defendant
19                                   GENERAL MOTORS, INC.

20  Dated: November __, 2006     LONG & LEVIT LLP

22                                By _____
23                                   JUAN C. ARANEDA
                                     Attorneys for Defendants and Cross-
24                                   Defendants LORONIX, INC. and
                                     VERINT SYSTEMS, INC.

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

28                                              The Honorable Judge Phyllis J. Hamilton

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                2                STIPULATION AND [PROPOSED] ORDER CHANGING
                                                       THE TIME AND DATE OF THE CASE MANAGEMENT
                                                       CONFERENCE

Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Defendant/Cross-Complainant/Cross-Defendant City and County of San Francisco, Defendant/Cross-Complainant/Cross Defendant General Motors Corporation and Defendants/Cross-Defendants Loronix, Inc., Verint Systems, Inc., hereby stipulate to change the time and date of the Case Management Conference. The Case Management Conference is presently set for November 16, 2006 at 2:30 p.m., and the parties hereby stipulate and agree that the Case Management Conference shall be set for any weekday from February 2 through 14, 2007, at the Court's convenience

Dated: November __, 2006                OFFICE OF THE CITY ATTORNEY

By _____
KRISTINE POPLAWSKI
Attorneys for Defendant, Cross-Complainant and Cross-Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: November __, 2006                DYKEMA GOSSETT, P.L.L.C.

By _____
PATRICIA COLEMAN
Attorneys for Defendant, Cross-Complainant and Cross-Defendant
GENERAL MOTORS, INC.

Dated: November 14, 2006                LONG & LEVIT LLP

By _____
JUAN C. ARANEDA
Attorneys for Defendants and Cross-Defendants LORONIX, INC. and VERINT SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 8, 2007 AT 2:30 P.M. A JOINT CMC STATEMENT SHALL BE FILED BY FEBRUARY 1, 2007.

The Honorable Phyllis J. Hamilton

[STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                2               STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME AND DATE OF THE CASE MANAGEMENT CONFERENCE