Robert C. Niesley, Esq. (Cal. Bar No. 131373)
Joseph C. McGowan, Esq. (Cal. Bar No. 166426)
Nicholas A. Merrell, Esq. (Cal. Bar No. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone (415) 623-7000
Facsimile (415) 623-7001
rniesley@wthf.com
jmcgowan@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
Travelers Casualty and Surety Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation<br><br>Defendants. | CASE NO.: C 06-01021 PJH<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER** |

Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY ("Travelers") and Defendants VERINT SYSTEMS, INC. ("Verint") and LORONIX, INC. ("Loronix") hereby stipulate to the following:

///

///

///

1

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

1 | Travelers shall dismiss all causes of action against Verint without prejudice, with each party to
2 | bear its own costs and attorneys' fees.  Travelers shall dismiss all causes of action against Loronix
3 | without prejudice, with each party to bear its own costs and attorneys' fees.

DATED: November 8, 2006

WATT, TIEDER, HOFFAR,
& FITZGERALD, L.L.P.

By: /s/ Robert C. Niesley
Robert C. Niesley
Joseph C. McGowan
Nicholas A. Merrell
Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY COMPANY

DATED: November 8, 2006

SILLS CUMMIS EPSTEIN & GROSS, P.C.

By: /s/ Loryn Riggiola
Loryn Riggiola
~~Robin Pistorius~~
Attorneys for Defendants
VERINT SYSTEMS, INC. AND LORONIX, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Honorable Judge Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER