n:\ptc\li2006\061009\00002412.doc

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KRISTINE A. POPLAWSKI, State Bar #160758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3878
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

   TRAVELERS CASUALTY AND                 Case No. C06-1021 PJH
12 SURETY COMPANY,
                                          [~~PROPOSED~~] ORDER OF DISMISSAL
13              Plaintiff,

14       vs.

15 CITY AND COUNTY OF SAN
   FRANCISCO, et al.,
16
                Defendants.
17

18 CITY AND COUNTY OF SAN
   FRANCISCO, a municipal corporation,
19
                Cross-claimant,
20
         vs.
21
   TRAVELERS CASUALTY AND
22 SURETY COMPANY, a Connecticut
   corporation; GENERAL MOTORS
23 CORPORATION, a Delaware
   corporation; LORONIX, INC., a
24 California corporation; VERINT
   SYSTEMS, INC., a Delaware corporation;
25 NEOPLAN USA CORPORATION, a
   Colorado corporation,
26
                Cross-Defendants.
27

28
   [PROPOSED] ORDER OF DISMISSAL
   CASE NO. C06-1021 PJH

1  Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the parties' Stipulation of Dismissal,
2  Cross-Complainant, CITY AND COUNTY OF SAN FRANCISCO ("CITY"), and Cross-Defendants
3  LORONIX, INC. and VERINT SYSTEMS, INC., (collectively, "VERINT"), by and through counsel,
4  have represented to the Court that all claims asserted in this action by the CITY against VERINT
5  have been satisfactorily resolved and settled, pursuant to which settlement the CITY moves for
6  dismissal with prejudice of all causes of action asserted by the CITY against VERINT.
7  Upon consideration whereof and for good cause shown, it is accordingly ORDERED that all
8  causes of action asserted by the CITY against VERINT be, and the same hereby are, DISMISSED,
9  with prejudice, with the parties bearing their own costs, attorney's fees and expenses relating to this
10 action.
11 IT IS SO ORDERED.

13 Dated: January 23, _____, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

## PROOF OF SERVICE

I, Martina Hassett, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On January 22, 2007, I served the following document(s):

### [PROPOSED] ORDER OF DISMISSAL

on the following persons at the locations specified:

Matthew F. Graham, Esq.
Tammy A. Brown, Esq.
Aiken, Kramer & Cummings, Inc.
1111 Broadway, #1500
Oakland, CA  94607
Telephone:  (510) 834-6800
Facsimile:  (510) 834-9017
*(Counsel for Neoplan USA Corporation)*

Phillip White, Esq.
Loryn Riggiola, Esq.
Sills Cummis Epstein & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102
Telephone:
Facsimile:
*(Counsel for Defendant Verint System, Inc. and Loronix, Inc.)*

Patricia M. Coleman, Esq.
K. Lynn Finateri, Esq.
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850
*(Counsel for Defendant General Motors Corp.)*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 22, 2007, at San Francisco, California.

/s/  Martina Hassett
Martina Hassett