J. MICHAEL HIGGINBOTHAM CA State Bar #61499
JUAN C. ARANEDA CA State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
mhigginbotham@longlevit.com
jaraneda@longlevit.com

Attorneys for Defendants and Cross-Defendants
LORONIX, INC. and VERINT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE No. C-06-1021 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Case No. C-06-1021 PJH                    1

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7-7(b)(1) of the Civil Local Rules of the Northern District of California, Defendants/Cross-Defendants Loronix, Inc. and Verint Systems, Inc. (collectively "Verint"), and Cross-Complainant/Cross-Defendant Neoplan USA Corporation ("Neoplan") hereby stipulate to change date of the hearing on Verint's Motion for Summary Judgment, which seeks the dismissal of Neoplan's cross-complaint against Verint. Verint's Motion for Summary Judgment is presently set to be heard on August 15, 2007 at 9:00 a.m., and the parties hereby stipulate and agree that the hearing on Verint's Motion for Summary Judgment shall be set for August 29, 2007 at 9:00 a.m., at the Court's convenience

Dated: July 27, 2007                         AIKEN, KRAMER & CUMMINGS, INC.

By _____
TAMMY BROWN
Attorneys for Cross-Complainant and
Cross-Defendant
NEOPLAN USA CORPORATION

Dated: July 27, 2007                         LONG & LEVIT LLP

By _____
JUAN C. ARANEDA
Attorneys for Defendants and Cross-
Defendants LORONIX, INC. and
VERINT SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

7/30/07

The Honorable Phyllis J. Hamilton

DOCS\S0193-006\536934.V1

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH

2

STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

**PROOF OF SERVICE**

[C.C.P. '' 1013, 2015.5, 2008]

Re:  *Travelers Casualty Surety Company vs. C.C.S.F., et al.*
     **Case No.: C 06 1021 PJH**

I, the undersigned, state that I am a citizen of the United States and employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 1111 Broadway, Suite 1500, Oakland, California 94607.

On the date set forth below, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER CHANGING THE DATE OF THE HEARING ON DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

as follows to the address(es) set forth below:

☒ I am familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a copy of the document described in a sealed envelope and caused such envelope with First Class postage thereon fully prepaid to be deposited in the United States mail at Oakland, Alameda County, California.

☐ I placed a copy of the document described in a sealed envelope personally delivered the document.

☐ I placed a copy of the document described in a sealed envelope and caused document to be hand delivered by arranging for a commercial messenger delivery this date during Code of Civil Procedure defined business hours.

☐ I personally faxed or caused the faxing of the document to the facsimile number set forth below along with the address relevant thereto.

☐ I placed a copy of the document described in a sealed "Federal Express" envelope with a "Federal Express Airbill" attached with the address relevant thereto.

**ADDRESSES:**

| | |
|---|---|
| Kristine A. Poplawski<br>Robin Reitzes<br>Deputy City Attorneys<br>OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO<br>1390 Market Street, Sixth Floor<br>San Francisco, California 94102-5408<br>Telephone:    (415) 554-3878<br>Facsimile:     (415) 554-3837<br><br>*(Counsel for City And County of San Francisco)* | Phillip White, Esq.<br>Loryn Riggiola, Esq.<br>SILLS CUMMIS EPSTEIN & GROSS, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey  07102<br>Telephone:    )973) 643-7000<br>Facsimile:     (973) 643-6500<br>Tel:  973-643-7000<br>Fax: 973-643-6500<br><br>*(Counsel for Verint System, Inc. and Loronix, Inc.)* |

1
PROOF OF SERVICE

| | |
|---|---|
| J. Michael Higginbotham<br>Juan C. Araneda<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94102<br>Telephone:   (415) 397-2222<br>Facsimile:     (415) 397-6392<br><br>*(Counsel for Verint System, Inc. and Loronix, Inc.)* | Patricia M. Coleman, Esq.<br>K. Lynn Finateri, Esq.<br>DYKEMA GOSSETT LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:   (213) 457-1800<br>Facsimile:     (213) 457-1850<br><br>*(Counsel for General Motors Corp.)* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 27, 2007

_____
Renee A. Ricasata

L:\NEOPL\PLEADINGS\POS_RR.doc