1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KRISTINE A. POPLAWSKI, State Bar #160758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3878
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

8

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12 | TRAVELERS CASUALTY AND | Case No. C06-1021 PJH
   | SURETY COMPANY, |
13 | | STIPULATION AND [PROPOSED]
   | Plaintiff, | ORDER EXTENDING TIME FOR
   | | DISCLOSURE OF EXPERT
14 | vs. | WITNESSES
15 | CITY AND COUNTY OF SAN |
   | FRANCISCO, et al., | Trial Date:          April 7, 2008
16 | |
   | Defendants. |
17

18 CITY AND COUNTY OF SAN
   FRANCISCO, a municipal corporation,
19
              Cross-claimant,
20
       vs.
21
   TRAVELERS CASUALTY AND
22 SURETY COMPANY, a Connecticut
   corporation; GENERAL MOTORS
23 CORPORATION, a Delaware
   corporation; LORONIX, INC., a
24 California corporation; VERINT
   SYSTEMS, INC., a Delaware corporation;
25 NEOPLAN USA CORPORATION, a
   Colorado corporation,
26
              Cross-Defendants.
27

28

STIP. TO EXTEND TIME TO DISCLOSE EXPERTS                    n:\pte\li2006\061009\00428509.doc
CASE NO. C06-1021 PJH

1         The February 9, 2007 Case Management And Pretrial Order requires expert disclosure by

2    cross-complainants by July 31, 2007.  Pursuant to Rule 7-11, cross-complainants Neoplan USA

3    Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and

4    County of San Francisco hereby stipulate to and move for an amendment of the Case Management

5    And Pretrial Order to extend the date for expert disclosure to and including September 7, 2007.

6    Dated: _____    AIKEN, KRAMER & CUMMINGS, INC.

7                                   By: _____

8                                       TAMMY BROWN
                                      Attorneys for Cross-Complainant and Cross

9                                     Defendant NEOPLAN USA CORPORATION

10   Dated: _____    LONG & LEVIT LLP

11                                  By: _____

12                                    JUAN C. ARANEDA
                                      Attorneys for Cross-Complainants and Cross

13                                    Defendants LORONIX, INC. and VERINT
                                      SYSTEMS, INC.

14   Dated: _____    DYKEMA GOSSETT PLLC

15   

16                                  By: _____
                                      PATRICIA COLEMAN

17                                    Attorneys for Cross-Complainant and Cross
                                      Defendant GENERAL MOTORS

18                                    CORPORATION

19   Dated: *July 30, 2007*    OFFICE OF THE CITY ATTORNEY OF SAN
                                    FRANCISCO

20                                  By: _____

21                                    KRISTINE A. POPLAWSKI

22                                    Attorneys for Cross-Complainant and Cross
                                      Defendant CITY AND COUNTY OF SAN

23                                    FRANCISCO

24        PURSUANT TO STIPULATION, IT IS SO ORDERED.

25   

26   Dated: _____

27                                  The Honorable Phyllis J. Hamilton

28

1      The February 9, 2007 Case Management And Pretrial Order requires expert disclosure by

2 cross-complainants by July 31, 2007.  Pursuant to Rule 7-11, cross-complainants Neoplan USA

3 Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and

4 County of San Francisco hereby stipulate to and move for an amendment of the Case Management

5 And Pretrial Order to extend the date for expert disclosure to and including September 7, 2007.

6 Dated: _30 July 2007_          AIKEN, KRAMER & CUMMINGS, INC.

7                  By: _____

8                      TAMMY BROWN
                     Attorneys for Cross-Complainant and Cross

9                      Defendant NEOPLAN USA CORPORATION

10 Dated: _____      LONG & LEVIT LLP

11                  By: _____

12                      JUAN C. ARANEDA
                     Attorneys for Cross-Complainants and Cross

13                      Defendants LORONIX, INC. and VERINT
                     SYSTEMS, INC.

14 Dated: _____      DYKEMA GOSSETT PLLC

15

16                  By: _____
                     PATRICIA COLEMAN

17                      Attorneys for Cross-Complainant and Cross
                     Defendant GENERAL MOTORS

18                      CORPORATION

19 Dated: _____      OFFICE OF THE CITY ATTORNEY OF SAN
                     FRANCISCO

20

21                  By: _____
                     KRISTINE A. POPLAWSKI

22                      Attorneys for Cross-Complainant and Cross
                     Defendant CITY AND COUNTY OF SAN

23                      FRANCISCO

24      PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26 Dated: _____

27                      The Honorable Phyllis J. Hamilton

28

PROOF OF SERVICE
CASE NO. C06-1021 PJH           1           c:\documents and settings\tbrown\local settings\temporary
                                          internet files\olk2a9\00428509.doc

1    The February 9, 2007 Case Management And Pretrial Order requires expert disclosureby

2    cross-complainants by July 31, 2007.  Pursuant to Rule 7-11, cross-complainants Neoplan USA

3    Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and

4    County of San Francisco hereby stipulate to and move for an amendment of the Case Management

5    And Pretrial Order to extend the date for expert disclosure to and including September 7, 2007.

6    Dated: _____          AIKEN, KRAMER & CUMMINGS, INC.

7                                        By:   _____

8                                              TAMMY BROWN
                                               Attorneys for Cross-Complainant and Cross
9                                              Defendant NEOPLAN USA CORPORATION

10   Dated: _July 30, 2007_              LONG & LEVIT LLP

11                                       By:   _____

12                                             JUAN C. ARANEDA
                                               Attorneys for Cross-Complainants and Cross
13                                             Defendants LORONIX, INC. and VERINT
                                               SYSTEMS, INC.

14

15   Dated: _____          DYKEMA GOSSETT PLLC

16                                       By:   _____

17                                             PATRICIA COLEMAN
                                               Attorneys for Cross-Complainant and Cross
18                                             Defendant GENERAL MOTORS
                                               CORPORATION

19   Dated: _____          OFFICE OF THE CITY ATTORNEY OF SAN
                                         FRANCISCO
20

21                                       By:   _____

22                                             KRISTINE A. POPLAWSKI
                                               Attorneys for Cross-Complainant and Cross
23                                             Defendant CITY AND COUNTY OF SAN
                                               FRANCISCO

24

25          PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Dated: _____              _____

27                                       The Honorable Phyllis J. Hamilton

28

PROOF OF SERVICE                         1          c:\documents and settings\316\local settings\temporary internet
CASE NO. C06-1021 PJH                                           files\olk11\00428509.doc

1           The February 9, 2007 Case Management And Pretrial Order requires expert disclosure by

2    cross-complainants by July 31, 2007.  Pursuant to Rule 7-11, cross-complainants Neoplan USA

3    Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and

4    County of San Francisco hereby stipulate to and move for an amendment of the Case Management

5    And Pretrial Order to extend the date for expert disclosure to and including September 7, 2007.

6    Dated: _____        AIKEN, KRAMER & CUMMINGS, INC.

7                                          By: _____

8                                              TAMMY BROWN
                                               Attorneys for Cross-Complainant and Cross
9                                              Defendant NEOPLAN USA CORPORATION

10   Dated: _____        LONG & LEVIT LLP

11                                          By: _____

12                                              JUAN C. ARANEDA
                                               Attorneys for Cross-Complainants and Cross
13                                              Defendants LORONIX, INC. and VERINT
                                               SYSTEMS, INC.

14
     Dated: *July 30, 2007*                DYKEMA GOSSETT PLLC
15
                                           By: *Patricia Coleman*
16                                             PATRICIA COLEMAN
                                               Attorneys for Cross-Complainant and Cross
17                                             Defendant GENERAL MOTORS
                                               CORPORATION
18

19   Dated: _____        OFFICE OF THE CITY ATTORNEY OF SAN
                                           FRANCISCO
20
                                           By: _____
21
                                               KRISTINE A. POPLAWSKI
22                                             Attorneys for Cross-Complainant and Cross
                                               Defendant CITY AND COUNTY OF SAN
23                                             FRANCISCO

24
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26   Dated: 8/1/07 _____

27                                         The Honorable _____
                                                                IT IS SO ORDERED
28                                                              *[signature]*
     PROOF OF SERVICE                                          Judge Phyllis J. Hamilton
     CASE NO. C06-1021 PJH                    1    c:\documents...    files\olkd\00428905.doc

     JUL-30-2007  16:25                                          96%                         P.02

1

## PROOF OF SERVICE

2

I, Martina Hassett, declare as follows:

3

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

4

5

On July 30, 2007, I served the following document(s):

6

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DISCLOSURE OF EXPERT WITNESSES

7

on the following persons at the locations specified:

8

Matthew F. Graham, Esq.
Tammy A. Brown, Esq.
Aiken, Kramer & Cummings, Inc.
1111 Broadway, #1500
Oakland, CA 94607
Telephone: (510) 834-6800
Facsimile: (510) 834-9017
(Counsel for Neoplan USA Corporation)

Phillip White, Esq.
Loryn Riggiola, Esq.
Sills Cummis Epstein & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:
Facsimile:
(Counsel for Defendant Verint System, Inc. and Loronix, Inc.)

9

10

11

12

13

Patricia M. Coleman, Esq.
K. Lynn Finateri, Esq.
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
(Counsel for Defendant General Motors Corp.)

14

15

16

17

18

in the manner indicated below:

19

☒       **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

20

21

22

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

23

24

Executed July 30, 2007, at San Francisco, California.

25

26

_____
Martina Hassett

27

28