J. MICHAEL HIGGINBOTHAM CA State Bar #61499
JUAN C. ARANEDA CA State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
mhigginbotham@longlevit.com
jaraneda@longlevit.com

Attorneys for Defendants and Cross-Defendants
LORONIX, INC. and VERINT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE No. C-06-1021 PJH<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT TO ALLOW PARTIES TO DOCUMENT SETTLEMENT AND FILE NOTICE OF DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Defendants/Cross-Defendants Loronix, Inc. and Verint Systems, Inc. (collectively "Verint"), respectfully advise the Court that they have reached an agreement with Cross-Complainant/Cross-Defendant Neoplan USA Corporation ("Neoplan") in principle to settle this case on Monday, August 27, 2007, and are now in the process of documenting their agreement.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH

1

NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

1  IT IS HEREBY STIPULATED between Verint and Neoplan, through their respective
2  undersigned attorneys of record, that Verint will withdraw its Motion for Summary Judgment,
3  scheduled to be heard on August 29, 2007, to allow the parties to document their settlement
4  agreement and file appropriate notice(s) of dismissal.

5  **IT IS SO STIPULATED.**

6  Dated: August 26, 2007                           AIKEN, KRAMER & CUMMINGS, INC.

                                                    By _____
                                                    TAMMY BROWN
                                                    Attorneys for Cross-Complainant and
                                                    Cross-Defendant
                                                    NEOPLAN USA CORPORATION

11
12 Dated: August 28, 2007                           LONG & LEVIT LLP

                                                    By _____
                                                    JUAN C. ARANEDA
                                                    Attorneys for Defendants and Cross-
                                                    Defendants LORONIX, INC. and
                                                    VERINT SYSTEMS, INC.

17           PURSUANT TO STIPULATION, IT IS SO ORDERED.

MOTION IS WITHDRAWN AND HEARING VACATED. STIPULATION OF DISMISSAL TO BE FILED WITHIN 30 DAYS OR PARTIES TO APPEAR AT A CASE MANAGEMENT CONFERENCE ON 9/27/07 AT 2:30 P.M.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                    2         NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

Re: *Travelers Casualty Surety Company vs. C.C.S.F., et al.*
Case No.: C 06 1021 PJH

I, the undersigned, state that I am a citizen of the United States and employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 1111 Broadway, Suite 1500, Oakland, California 94607.

On the date set forth below, I served the following document described as:

**NOTICE OF SETTLEMENT: STIPULATION AND [PROPOSED] ORDER WITHDRAWING DEFENDANTS AND CROSS-DEFENDANTS LORONIX, INC. AND VERINT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT TO ALLOW PARTIES TO DOCUMENT SETTLEMENT AND FILE NOTICE OF DISMISSAL**

as follows to the address(es) set forth below:

Kristine A. Poplawski
Robin Reitzes
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3878
Facsimile:   (415) 554-3837

*(Counsel for City And County of San Francisco)*

Phillip White, Esq.
Loryn Riggiola, Esq.
SILLS CUMMIS EPSTEIN & GROSS, P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   )973) 643-7000
Facsimile:   (973) 643-6500
Tel: 973-643-7000
Fax: 973-643-6500

*(Counsel for Verint System, Inc. and Loronix, Inc.)*

J. Michael Higginbotham
Juan C. Araneda
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94102
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392

*(Counsel for Verint System, Inc. and Loronix, Inc.)*

Patricia M. Coleman, Esq.
K. Lynn Finateri, Esq.
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850

*(Counsel for General Motors Corp.)*

☒   **BY E-FILING:** via the court-mandated e-filing service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 28, 2007

_____
Renee A. Ricasata

1
PROOF OF SERVICE