```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  KRISTINE A. POPLAWSKI, State Bar #160758
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3878
 6  Facsimile:    (415) 554-3837

 7  Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C06-1021 PJH<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>Trial Date:       April 7, 2008 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation,<br><br>Cross-claimant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation; NEOPLAN USA CORPORATION, a Colorado corporation,<br><br>Cross-Defendants. | |

STIP. TO MODIFY PRETRIAL SCHEDULE
CASE NO. C06-1021 PJH

n:\ptc\li2006\061009\00432836.doc

To permit the parties to pursue further mediation of their respective claims, cross-complainants Neoplan USA Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and County of San Francisco hereby stipulate to and move pursuant to Rule 7-11, for an amendment of the February 9, 2007 Case Management And Pretrial Order, as amended on August 1, 2007, to modify the pretrial schedule as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Trial | April 7, 2008 | no change |
| Pretrial Conference Date | March 13, 2008 | no change |
| Dispositive Motions | Hearing on December 5, 2007; motions to be filed by 10/3/07; Opposition to be filed by 10/24/07; Reply to be filed by 11/7/07 | Hearing on January 9, 2008; motions to be filed by 11/2/07; Opposition to be filed by 11/23/07; Reply to be filed by 12/7/07 |
| Non-Expert Discovery Cutoff | September 28, 2007 | October 29, 2007 |
| Disclosure of Experts by Cross-Complainants | September 7, 2007 | October 8, 2007 |
| Disclosure of Experts by Non-Cross-Complainants | August 31, 2007 | October 31, 2007 |
| Expert Discovery Cutoff | October 31, 2007 | January 4, 2008 |

Dated: _____

AIKEN, KRAMER & CUMMINGS, INC.

By: _____
TAMMY BROWN
Attorneys for Cross-Complainant and Cross Defendant NEOPLAN USA CORPORATION

Dated: _____

LONG & LEVIT LLP

By: _____
JUAN C. ARANEDA
Attorneys for Cross-Complainants and Cross Defendants LORONIX, INC. and VERINT SYSTEMS, INC.

| | | |
|---|---|---|
| 1 | Dated: _____ | DYKEMA GOSSETT PLLC |
| 2 | | By: _____ |
| 3 | | PATRICIA COLEMAN |
| | | Attorneys for Cross-Complainant and Cross |
| 4 | | Defendant GENERAL MOTORS CORPORATION |

Dated: Aug. 21, 2007

OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO

By: _____*signature*_____
KRISTINE A. POPLAWSKI
Attorneys for Cross-Complainant and Cross Defendant CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Phyllis J. Hamilton

STIP. TO MODIFY PRETRIAL SCHEDULE
CASE NO. C06-1021 PJH

2

n:\ptc\li2006\061009\00432836.doc

To permit the parties to pursue further mediation of their respective claims, cross-complainants Neoplan USA Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and County of San Francisco hereby stipulate to and move pursuant to Rule 7-11, for an amendment of the February 9, 2007 Case Management And Pretrial Order, as amended on August 1, 2007, to modify the pretrial schedule as follows:

|  | Current Date | Modified Date |
| --- | --- | --- |
| Trial | April 7, 2008 | no change |
| Pretrial Conference Date | March 13, 2008 | no change |
| Dispositive Motions | Hearing on December 5, 2007; motions to be filed by 10/3/07; Opposition to be filed by 10/24/07; Reply to be filed by 11/7/07 | Hearing on January 9, 2008; motions to be filed by 11/2/07; Opposition to be filed by 11/23/07; Reply to be filed by 12/7/07 |
| Non-Expert Discovery Cutoff | September 28, 2007 | October 29, 2007 |
| Disclosure of Experts by Cross-Complainants | September 7, 2007 | October 8, 2007 |
| Disclosure of Experts by Non-Cross-Complainants | August 31, 2007 | October 31, 2007 |
| Expert Discovery Cutoff | October 31, 2007 | January 4, 2008 |

Dated: August 21, 2007

AIKEN, KRAMER & CUMMINGS, INC.

By: _____
TAMMY BROWN
Attorneys for Cross-Complainant and Cross Defendant NEOPLAN USA CORPORATION

Dated: _____

LONG & LEVIT LLP

By: _____
JUAN C. ARANEDA
Attorneys for Cross-Complainants and Cross Defendants LORONIX, INC. and VERINT SYSTEMS, INC.

STIP. TO MODIFY PRETRIAL SCHEDULE
CASE NO. C06-1021 PJH

1

c:\documents and settings\tbrown\local settings\temporary internet files\olk2a9\00432836.doc

To permit the parties to pursue further mediation of their respective claims, cross-complainants Neoplan USA Corporation, Loronix, Inc., Verint Systems, Inc., General Motors Corporation, and the City and County of San Francisco hereby stipulate to and move pursuant to Rule 7-11, for an amendment of the February 9, 2007 Case Management And Pretrial Order, as amended on August 1, 2007, to modify the pretrial schedule as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Trial | April 7, 2008 | no change |
| Pretrial Conference Date | March 13, 2008 | no change |
| Dispositive Motions | Hearing on December 5, 2007; motions to be filed by 10/3/07; Opposition to be filed by 10/24/07; Reply to be filed by 11/7/07 | Hearing on January 9, 2008; motions to be filed by 11/2/07; Opposition to be filed by 11/23/07; Reply to be filed by 12/7/07 |
| Non-Expert Discovery Cutoff | September 28, 2007 | October 29, 2007 |
| Disclosure of Experts by Cross-Complainants | September 7, 2007 | October 8, 2007 |
| Disclosure of Experts by Non-Cross-Complainants | August 31, 2007 | October 31, 2007 |
| Expert Discovery Cutoff | October 31, 2007 | January 4, 2008 |

Dated: _____

AIKEN, KRAMER & CUMMINGS, INC.

By: _____
TAMMY BROWN
Attorneys for Cross-Complainant and Cross Defendant NEOPLAN USA CORPORATION

Dated: August 21, 2007

LONG & LEVIT LLP

By: _____
JUAN C. ARANEDA
Attorneys for Cross-Complainants and Cross Defendants LORONIX, INC. and VERINT SYSTEMS, INC.

| | |
|---|---|
| Dated: 8-21-07 | DYKEMA GOSSETT PLLC |
| | By: /s/ Patricia Coleman |
| | PATRICIA COLEMAN |
| | Attorneys for Cross-Complainant and Cross Defendant GENERAL MOTORS CORPORATION |
| Dated: _____ | OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO |
| | By: _____ |
| | KRISTINE A. POPLAWSKI |
| | Attorneys for Cross-Complainant and Cross Defendant CITY AND COUNTY OF SAN FRANCISCO |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/6/07      _____
                   The Honorable

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

STIP. TO MODIFY PRETRIAL SCHEDULE      2      c:\documents and settings\pmc\local settings\temporary internet
CASE NO. C06-1021 PJH                          files\olkc\00432836.doc

# PROOF OF SERVICE

I, Dorothy Silver, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On August 21, 2007, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE

on the following persons at the locations specified:

| | |
|---|---|
| Matthew F. Graham, Esq.<br>Tammy A. Brown, Esq.<br>Aiken, Kramer & Cummings, Inc.<br>1111 Broadway, #1500<br>Oakland, CA 94607<br>Telephone: (510) 834-6800<br>Facsimile: (510) 834-9017<br>*(Counsel for Neoplan USA Corporation)* | Phillip White, Esq.<br>Loryn Riggiola, Esq.<br>Sills Cummis Epstein & Gross, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 943-6500<br>*(Counsel for Defendant Verint System, Inc. and Loronix, Inc.)* |
| Patricia M. Coleman, Esq.<br>K. Lynn Finateri, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 457-1800<br>Facsimile: (213) 457-1850<br>*(Counsel for Defendant General Motors Corp.)* | |

in the manner indicated below:

☒ **BY E-FILING**: Via the court-mandated e-filing service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 21, 2007, at San Francisco, California.

_____
Dorothy Silver

PROOF OF SERVICE
CASE NO. C06-1021 PJH

1

n:\ptc\li2006\061009\00432836.doc