1  J. MICHAEL HIGGINBOTHAM CA State Bar #61499
   JUAN C. ARANEDA CA State Bar #213041
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4  mhigginbotham@longlevit.com
   jaraneda@longlevit.com
5
   Attorneys for Defendants
6  LORONIX, INC. and VERINT SYSTEMS, INC.

7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  TRAVELERS CASUALTY AND          CASE No. C-06-1021 PJH
    SURETY COMPANY, a Connecticut
    corporation,                    STIPULATION AND [PROPOSED]
12                                  ORDER CHANGING THE TIME AND
                     Plaintiff,     DATE OF THE FURTHER CASE
13                                  MANAGEMENT CONFERENCE SET FOR
        vs.                         SEPTEMBER 27, 2007
14
    CITY AND COUNTY OF SAN
15  FRANCISCO, a California municipal
    corporation; GENERAL MOTORS
16  CORPORATION, a Delaware
    corporation; LORONIX, INC., a
17  California corporation; VERINT
    SYSTEMS, INC., a Delaware
18  corporation,

19                   Defendants.

20  AND RELATED CROSS-CLAIMS.

21

22          Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California,

23  Cross-Complainant/Cross-Defendant Neoplan USA Corporation ("Neoplan") and

24  Defendants/Cross-Defendants Loronix, Inc., and Verint Systems, Inc. (collectively "Verint"),

25  hereby stipulate to change the time and date of the further case management conference, which is

26  presently set for September 27, 2007 at 2:30 p.m.  Good cause exists to change the time and date of

27  the further case management conference.

28          On August 28, 2007, pursuant to Verint and Neoplan's *Notice of Settlement* and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                    1

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE TIME AND DATE OF THE FURTHER CASE
MANAGEMENT CONFERENCE

1  *Stipulation Withdrawing Verint's Motion for Summary Judgment*, the Court ordered the parties to

2  file a stipulation of dismissal within 30 days or the parties were to appear for a further case

3  management conference on September 27, 2007.

4         As Verint and Neoplan informed the Court at the September 6, 2007 case

5  management conference, they are in the process of documenting their settlement.  While Neoplan

6  and Verint have agreed upon a written agreement, part of that documenting process also includes

7  receiving written approval from Neoplan's Bankruptcy Committee.  While Neoplan's Bankruptcy

8  Trustee has verbally approved the settlement, written approval has been delayed as it must be

9  reviewed and executed by other members of the committee.

10        Neoplan expects written approval from the Bankruptcy Committee within a week.

11  However, to allow the parties time to discharge their respective obligations under the settlement

12  agreement and file a stipulation of dismissal, Verint and Neoplan stipulate, and respectfully request

13  that the Court order, to change the time and date of the September 27 further case management

14  conference to October 25, 2007, or to a date and time thereafter that is convenient for the Court.

15  Dated:  September 25, 2007          AIKEN, KRAMER & CUMMINGS, INC.

16

17                                     By _____

18                                        TAMMY BROWN
                                        Attorneys for Cross-Complainant and
19                                        Cross-Defendant
                                        NEOPLAN USA CORPORATION

20  Dated:  September 25, 2007          LONG & LEVIT LLP

21

22                                     By _____

23                                        JUAN C. ARANEDA
                                        Attorneys for Defendants and Cross-
24                                        Defendants LORONIX, INC. and
                                        VERINT SYSTEMS, INC.

25         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27                    9/26/07

28  DOCS\S0193-006\539421.V1            The Honorable J

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                 2

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND ORDER CHANGING
THE TIME AND DATE OF THE FURTHER CASE
MANAGEMENT CONFERENCE