Matthew F. Graham, State Bar No. 95194
Tammy A. Brown, State Bar No. 172612
**AIKEN, KRAMER & CUMMINGS, INC.**
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 834-6800
Facsimile: (510) 834-9017
E-mail:
mgraham@akclawfirm.com
tbrown@akclawfirm.com

Attorneys for Cross-Defendant and Cross-Claimant
NEOPLAN USA CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff[s],<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., A California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS | Case No. C 06 1021 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING PRETRIAL ORDER RE DISCLOSURE OF EXPERTS**<br><br>The Hon. Phyllis J. Hamilton<br>Courtroom 3<br><br>Trial Date: April 7, 2008 |

The City and County of San Francisco ("the City"), Neoplan USA Corporation ("Neoplan"), and General Motors ("GM") hereby stipulate by and through their respective counsel that the Court's September 6, 2007 pre-trial management order shall be modified in that disclosure of experts by Cross-Complainants shall be changed from the current date of October 8, 2007 to October 22, 2007. The City, Neoplan, and GM also stipulate that the current date for disclosing experts by non-Cross-Complainants of October 31, 2007, shall be changed to November 14, 2007. Verint is

1

1  not a signatory to this Stipulation because it has settled all claims against it. The
2  purpose of the extension is to allow sufficient time for the City's experts to review
3  Neoplan's documents and discovery responses, for which it has requested an
4  extension of time.

5

6  Dated: _____                    AIKEN, KRAMER & CUMMINGS, INC.
7

8
                                                   By: _____
9
                                                   TAMMY BROWN
10                                                 Attorneys for Cross-Complainant and
                                                   Cross Defendant NEOPLAN USA
11                                                 CORPORATION

12 Dated: September 25, 2007                       DYKEMA GOSSETT PLLC
13

14
                                                   By: /s/ Patricia Coleman
15                                                 PATRICIA COLEMAN
                                                   Attorneys for Cross-Complainant and
16                                                 Cross Defendant GENERAL MOTORS
17                                                 CORPORATION

18
   Dated: _____                  OFFICE OF THE CITY ATTORNEY OF
19                                                 SAN FRANCISCO

20

21
                                                   By: _____
22                                                 KRISTINE A. POPLAWSKI
                                                   Attorneys for Cross-Complainant and
23                                                 Cross Defendant CITY AND COUNTY
24                                                 OF SAN FRANCISCO

25

26 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

27

28 Dated: _____                  _____
                                                   The Honorable Phyllis J. Hamilton

2

STIPULATION AND [PROPOSED] ORDER MODIFYING DISCLOSURE OF EXPERTS
Case No. C 06 1021 PJH
C:\Documents and Settings\pmc\Local Settings\Temporary Internet Files\OLKC\Stip Modifying Exp Discl.doc

not a signatory to this Stipulation because it has settled all claims against it. The purpose of the extension is to allow sufficient time for the City's experts to review Neoplan's documents and discovery responses, for which it has requested an extension of time.

Dated: 25 Sept. 2077

AIKEN, KRAMER & CUMMINGS, INC.

By: _____
TAMMY BROWN
Attorneys for Cross-Complainant and
Cross Defendant NEOPLAN USA
CORPORATION

Dated: _____

DYKEMA GOSSETT PLLC

By: _____
PATRICIA COLEMAN
Attorneys for Cross-Complainant and
Cross Defendant GENERAL MOTORS
CORPORATION

Dated: Sept. 25, 2007

OFFICE OF THE CITY ATTORNEY OF
SAN FRANCISCO

By: _____
KRISTINE A. POPLAWSKI
Attorneys for Cross-Complainant and
Cross Defendant CITY AND COUNTY
OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/2/07

_____
The Honorable
Judge Phyllis J. Hamilton

IT IS SO ORDERED

2
STIPULATION AND [PROPOSED] ORDER MODIFYING DISCLOSURE OF EXPERTS
Case No. C 06 1021 PJH
C:\Documents and Settings\kpoplaws\Local Settings\Temp\notesE1EF34\Stip Modifying Exp Discl.doc