DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KRISTINE A. POPLAWSKI, State Bar #160758
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3878
Facsimile:      (415) 554-3837

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. C06-1021 PJH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation,<br><br>  Cross-claimant,<br><br>  vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation; NEOPLAN USA CORPORATION, a Colorado corporation,<br><br>  Cross-Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the parties' Stipulation of Dismissal,
2  Cross-Complainant and Cross-Defendant, CITY AND COUNTY OF SAN FRANCISCO ("CITY"),
3  and Cross-Complainant and Cross-Defendant GENERAL MOTORS CORPORATION, ("GM"), by
4  and through counsel, have represented to the Court that all claims asserted in this action by the CITY
5  against GM, and by GM against the CITY, have been satisfactorily resolved and settled, pursuant to
6  which settlement the CITY and GM jointly move for dismissal with prejudice of all causes of action
7  asserted by the CITY against GM, and for dismissal with prejudice of all causes of action asserted by
8  GM against the City.

9  Upon consideration whereof and for good cause shown, it is accordingly ORDERED that all
10 causes of action asserted by the CITY against GM, and all causes of action asserted by GM against
11 the CITY, be, and the same hereby are, DISMISSED, with prejudice, with the parties bearing their
12 own costs, attorney's fees and expenses relating to this action.

13  IT IS SO ORDERED.

16  Dated: __October 9_____, 2007



The Honorable
Judge Phyllis J. Hamilton

[PROPOSED] ORDER OF DISMISSAL     1     n:\ptc\li2006\061009\00441493.doc
CASE NO. C06-1021 PJH

**PROOF OF SERVICE**

I, Martina Hassett, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On October 3, 2007, I served the following document(s):

[PROPOSED] ORDER OF DISMISSAL

on the following persons at the locations specified:

| | |
|---|---|
| Matthew F. Graham, Esq.<br>Tammy A. Brown, Esq.<br>Aiken, Kramer & Cummings, Inc.<br>c/o Wendel, Rosen, Black & Dean, LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607<br>Telephone:  (510) 834-6600<br>Facsimile:   (510) 834-1928<br>*(Counsel for Neoplan USA Corporation)* | Patricia M. Coleman, Esq.<br>K. Lynn Finateri, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 457-1800<br>Facsimile:   (213) 457-1850<br>*(Counsel for Defendant General Motors Corp.)* |
| Phillip White, Esq.<br>Loryn Riggiola, Esq.<br>Sills Cummis Epstein & Gross, P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey  07102<br>Telephone:  (973) 643-7000<br>Facsimile:   (973) 943-6500<br>*(Counsel for Defendant Verint System, Inc. and Loronix, Inc.)* | J. Michael Higginbotham<br>Juan C. Araneda<br>LONG & LEVIT LLP<br>465 California Street, Suite 500<br>San Francisco, CA 94102<br>Telephone:     (415) 397-2222<br>Facsimile:       (415) 397-6392<br><br>*(Counsel for Verint System, Inc. and Loronix, Inc.)* |

in the manner indicated below:

☒ **BY E-FILING:**  Via the court-mandated e-filing service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 3, 2007, at San Francisco, California.

/s/
Martina Hassett

PROOF OF SERVICE
CASE NO. C06-1021 PJH

1

n:\ptc\li2006\061009\00441493.doc