1    J. Michael Higginbotham CA SBN 61499     Matthew F. Graham, State Bar No. 95194
     Juan C. Araneda CA SBN 213041            Tammy A. Brown, State Bar No. 172612
2    LONG & LEVIT LLP                         AIKEN, KRAMER & CUMMINGS, INC.
     465 California Street, Suite 500          1111 Broadway, Suite 1500
3    San Francisco, CA  94104                 Oakland, California 94607
     TEL: (415) 397-2222                      TEL: (510) 834-6800
4    FAX: (415) 397-6392                      FAX: (510) 834-9017
     mhigginbotham@longlevit.com              mgraham@akclawfirm.com
5    jaraneda@longlevit.com                   tbrown@akclawfirm.com

6

7    Attorneys for Defendants and Cross-      Attorneys for Cross-Defendant and Cross-
     Defendants LORONIX, INC. and VERINT      Claimant NEOPLAN USA CORPORATION
     SYSTEMS, INC.
8
                          UNITED STATES DISTRICT COURT
9
10            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11   TRAVELERS CASUALTY AND                   CASE No. C-06-1021 PJH
     SURETY COMPANY, a Connecticut
12   corporation,                             [PROPOSED] ORDER OF DISMISSAL

13                          Plaintiff,

14        vs.

15   CITY AND COUNTY OF SAN
     FRANCISCO, a California municipal
16   corporation; GENERAL MOTORS
     CORPORATION, a Delaware
17   corporation; LORONIX, INC., a
     California corporation; VERINT
18   SYSTEMS, INC., a Delaware
     corporation,
19
                          Defendants.
20
     NEOPLAN USA CORPORATION,
21
                          Cross-Claimant,
22        vs.

23   CITY AND COUNTY OF SAN
     FRANCISCO, a California municipal
24   corporation; GENERAL MOTORS
     CORPORATION, a Delaware corporation;
25   LORONIX, INC., a California corporation;
     VERINT SYSTEMS, INC., a Delaware
26   corporation,

27                          Cross-Defendants.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH                                     [PROPOSED] ORDER OF DISMISSAL

                                    1

1        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' Stipulation

2   of Dismissal, Cross-Claimant NEOPLAN USA CORPORATION ("NEOPLAN") and Cross-

3   Defendants LORONIX, INC. and VERINT SYSTEMS, INC., (collectively "VERINT"), by and

4   through counsel, have represented to the Court that all claims asserted in this action by NEOPLAN

5   against VERINT have been satisfactorily resolved and settled, pursuant to which NEOPLAN

6   moves for dismissal with prejudice of all causes of action asserted by NEOPLAN against

7   VERINT.

8        Upon consideration whereof and for good cause shown, it is accordingly

9   ORDERED that all causes of action asserted by NEOPLAN against VERINT be, and the same

10  hereby are, DISMISSED, with prejudice, with the parties bearing their own costs, attorneys' fees,

11  and expenses relating to this action.

12        **IT IS SO ORDERED.**

13

14  Dated: _____October 24_____, 2007

15

16

17  DOCS\S0193-006\538897.V1

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C-06-1021 PJH

2

[PROPOSED] ORDER OF DISMISSAL

IT IS SO ORDERED

Judge Phyllis J. Hamilton