Matthew F. Graham (Bar No. 95194)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Cross-Defendant and Cross-Claimant
Neoplan USA Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 06 1021 PJH<br><br>**SUBSTITUTION OF ATTORNEYS** |
| AND RELATED CROSS-ACTIONS. | |

TO THE COURT AND ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Cross-Defendant and Cross-Claimant Neoplan USA Corporation hereby substitute Wendel, Rosen, Black & Dean LLP, Matthew F. Graham, 1111 Broadway, 24th Floor, Oakland, CA 94607, Telephone No. (510) 834-6600, Fax No. (510) 834-1928, as their counsel of record herein in place of Aiken, Kramer & Cummings, Inc.

| | |
|---|---|
| 1  Consent to the substitution is given. | |
| 2  Dated: 11/02/07 | NEOPLAN USA CORPORATION |
| 3 | |
| 4 | By: _____ |
| 5 | Its: President |
| 6  I consent to the above substitution. | |
| 7 | |
| 8  Dated: October 31, 2007 | AIKEN, KRAMER & CUMMINGS, INC. |
| 9 | |
| 10 | By: _____ |
| 11 | Matthew F. Graham<br>Attorneys for Cross-Defendant and Cross-Claimant Neoplan USA Corporation |
| 12 | |
| 13  Above substitution accepted. | |
| 14 | |
| 15  Dated: October ____, 2007 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 16 | |
| 17 | By: _____ |
| 18 | Matthew F. Graham<br>Attorneys for Cross-Defendant and Cross-Claimant Neoplan USA Corporation |

11/16/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEYS - Case No. C 06 1021 PJH

- 2 -

015215.0001\828951.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

**PROOF OF SERVICE**

I, Theresa Gan, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On November 15, 2007, I served a copy of the within document(s):

Substitution of Attorneys

By e-filing: Via the court-mandated e-filing service at the address(es) set forth below.

Dennis J. Herrera, Esq.
City Attorney
Joanne Hoeper, Esq.
Chief Trial Deputy
Kristine A. Poplawski, Esq.
Deputy City Attorney
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Phone: (415) 554-3878
Fax: (415) 554-3837
*Attorneys for Defendant and Cross-Claimant City and County of San Francisco*

Philip White, Esq.
Loryn Riggiola, Esq.
Sills Cummis Epstein & Gross, P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Fax: (973) 943-6500

J. Michael Higginbotham, Esq.
Juan C. Araneda, Esq.
Long & Levit LLP
465 California Street, Suite 500
San Francisco, CA 94104
*Attorneys for Defendant Verint System, Inc. and Loronix, Inc.*

Patricia M. Coleman, Esq.
K. Lynn Finateri, Esq.
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 457-1800
Fax: (213) 457-1850
*Attorneys for Defendant General Motors Corp.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 15, 2007, at Oakland, California.

Theresa Gan

015215.0001\830439.1