DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KRISTINE A. POPLAWSKI, State Bar #160758
Deputy City Attorney

1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3878
Facsimile: (415) 554-3837

Attorneys for Cross-Claimant and Cross-Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C06-1021 PJH<br><br>**[PROPOSED] ORDER OF DISMISSAL** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation,<br><br>Cross-claimant,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation; NEOPLAN USA CORPORATION, a Colorado corporation,<br><br>Cross-Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Stipulation of |
| 2 | Dismissal, Cross-Complainant and Cross-Defendant, CITY AND COUNTY OF SAN FRANCISCO |
| 3 | ("CITY"), and Cross-Complainant and Cross-Defendant NEOPLAN USA CORPORATION, |
| 4 | ("NEOPLAN"), by and through counsel, have represented to the Court that they have stipulated to the |
| 5 | dismissal with prejudice of NEOPLAN's Second Cause of Action (Breach of Contract/Business |
| 6 | Duress) and Third Cause of Action (Quantum Meruit) asserted against the CITY, pursuant to which |
| 7 | stipulation the CITY and NEOPLAN jointly move for dismissal with prejudice of such causes of |
| 8 | action. |
| 9 | Upon consideration whereof and for good cause shown, it is accordingly ORDERED that |
| 10 | NEOPLAN's Second Cause of Action (Breach of Contract/Business Duress) and Third Cause of |
| 11 | Action (Quantum Meruit) asserted against the CITY, be, and the same hereby are, DISMISSED, with |
| 12 | prejudice, with the parties bearing their own costs, attorney's fees and expenses relating to these |
| 13 | causes of action. |
| 14 | IT IS SO ORDERED. |

Dated: \_\_\_\_\_December 18_____, 2007



The Honorable Phyllis J. Hamilton
Judge

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C06-1021 PJH

1

n:\ptc\li2006\061009\00441493.doc

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Martina Hassett, declare as follows: |
| 3 | I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102. |
| 5 | On December 18, 2007, I served the following document(s): |
| 6 | [PROPOSED] ORDER OF DISMISSAL |
| 7 | on the following persons at the locations specified: |

Matthew F. Graham, Esq.　　　　　　　　　　Patricia M. Coleman, Esq.
Tammy A. Brown, Esq.　　　　　　　　　　　K. Lynn Finateri, Esq.
Aiken, Kramer & Cummings, Inc.　　　　　　Dykema Gossett LLP
c/o Wendel, Rosen, Black & Dean, LLP　　　333 South Grand Avenue, Suite 2100
1111 Broadway, 24th Floor　　　　　　　　　Los Angeles, CA 90071
Oakland, CA 94607　　　　　　　　　　　　 Telephone: (213) 457-1800
Telephone: (510) 834-6600　　　　　　　　　Facsimile: (213) 457-1850
Facsimile: (510) 834-1928　　　　　　　　　*(Counsel for Defendant General*
*(Counsel for Neoplan USA Corporation)*　　 *Motors Corp.)*

in the manner indicated below:

☒ **BY E-FILING:** Via the court-mandated e-filing service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed December 18, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ *Martina Hassett*
　　　　　　　　　　　　　　　　　　　　Martina Hassett