Matthew F. Graham (Bar No. 95194)
mgraham@wendel.com
Tammy A. Brown (Bar No. 172612)
tbrown@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Cross-Defendant and Cross-Claimant
Neoplan USA Corporation

Patricia Mooney Coleman
pcoleman@dykema.com
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, #2100
Los Angeles, CA 90071
Tel: (213) 457-1800
Fax: (213) 457-1850

Attorney for Cross-Defendant and Cross-Claimant General Motors Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 06 1021 PJH (WDB)<br><br>**STIPULATION FOR DISMISSAL BETWEEN NEOPLAN AND GENERAL MOTORS**<br><br>TRIAL DATE: 4/7/08 |

**RECITALS:**

In 1999, the CITY AND COUNTY OF SAN FRANCISCO (hereafter "the City") entered into a contract with Cross-Claimant and Cross-Defendant NEOPLAN USA CORPORATION ("Neoplan") to purchase diesel coaches for use by the City's municipal railway. The coaches

were built using a transmission manufactured by Allison, a division of Cross-Claimant and Cross-Defendant GENERAL MOTORS CORPORATION ("GM").

In 2006, this litigation was initiated by Travelers Casualty and Surety Company, which issued the performance bond on behalf of Neoplan in favor of the City. Thereafter, cross-claims were filed by the City against Neoplan and GM, among others. Neoplan filed a cross-complaint against the City and GM, among others. GM filed a cross-complaint against Neoplan and the City.

On August 17, 2006, Neoplan filed a voluntary petition in the United States Bankruptcy court for the District of Delaware seeking relief under Chapter 11 of the U.S.C. §§ 101, *et. seq.*

As of this date, GM, the City, and Neoplan are the only remaining parties. The City and Neoplan have reached a settlement, contingent upon the City's obtaining the approval of the settlement by the Metropolitan Transportation Board and Neoplan's obtaining the approval of the creditors' committee and the bankruptcy court, if any such approval is required. Based on the resolution of the claims between the City and Neoplan, Neoplan and GM wish to resolve and dismiss their respective claims against each other.

**IT IS HEREBY STIPULATED:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Cross-Claimant and Cross-Defendant Neoplan USA Corporation and Cross-Claimant and Cross-Defendant General Motors Corporation, by and through counsel, hereby stipulate to the dismissal without prejudice of all claims asserted by Neoplan and GM against the other, with each party to bear its own costs, attorneys' fees, and expenses related to this action. This dismissal is contingent upon the settlement between Neoplan and the City being approved as set forth above. On the date the City and Neoplan file their requests for dismissal against each other, this Stipulation for Dismissal shall become with prejudice.

In the event the City and Neoplan do not dismiss their claims against each other, then the parties may move to have this Stipulation for Dismissal and any related Court Orders set aside, the fact of which the parties hereby to agree. If either party does so move, then GM and Neoplan have the same rights and defenses each had as of the date of this Stipulation, including GM's

right to take the deposition of Neoplan's expert which it had previously noticed.

**IT IS SO STIPULATED**

Jan. 3, 2008

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Matthew F. Graham
Tammy A. Brown
Attorneys for Cross-Defendant and Cross-Claimant
Neoplan USA Corporation

DYKEMA GOSSETT LLP

By: _____
Patricia Mooney Coleman
Attorneys for Cross-Defendant and Cross-Claimant
General Motors Corporation

| | |
|---|---|
| Matthew F. Graham (Bar No. 95194)<br>mgraham@wendel.com<br>Tammy A. Brown (Bar No. 172612)<br>tbrown@wendel.com<br>**WENDEL, ROSEN, BLACK & DEAN LLP**<br>1111 Broadway, 24th Floor<br>Oakland, California 94607-4036<br>Telephone: (510) 834-6600<br>Fax: (510) 834-1928 | Patricia Mooney Coleman<br>pcoleman@dykema.com<br>**DYKEMA GOSSETT LLP**<br>333 South Grand Avenue, #2100<br>Los Angeles, CA 90071<br>Tel: (213) 457-1800<br>Fax: (213) 457-1850 |
| Attorneys for Cross-Defendant and Cross-Claimant<br>Neoplan USA Corporation | Attorney for Cross-Claimant General Motors Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 06 1021 PJH (WDB)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL BETWEEN NEOPLAN AND GENERAL MOTORS**<br><br>TRIAL DATE: 4/7/08 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' Stipulation of Dismissal, Cross-Claimant and Cross-Defendant Neoplan USA Corporation ("Neoplan") and Cross-Claimant and Cross-Defendant General Motors Corporation ("GM"), by and through counsel, have represented to the Court that all claims asserted in this action by Neoplan and GM against the other have been satisfactorily resolved and settled, pursuant to which the parties move

for dismissal without prejudice of all causes of action asserted by Neoplan and GM against the other. Per the parties' stipulation, on the date the City and County of San Francisco and Neoplan file their requests for dismissal against each other in this litigation, this Order for Dismissal shall become with prejudice

Upon consideration whereof and for good cause shown, it is accordingly ORDERED that all causes of action asserted by Neoplan and GM against the other be, and the same hereby are, DISMISSED, with the parties bearing their own costs, attorneys' fees, and expenses relating to this action.

**IT IS SO ORDERED**.

Dated: ___January 4___, 2008

