| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Deputy |
| 3 | KRISTINE A. POPLAWSKI, State Bar #160758 |
| | Deputy City Attorney |
| 4 | 1390 Market Street, Sixth Floor |
| | San Francisco, California 94102-5408 |
| 5 | Telephone: (415) 554-3878 |
| | Facsimile: (415) 554-3837 |
| 6 | |
| 7 | Attorneys for Defendant |
| | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, | Case No. C06-1021 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Trial Date: April 7, 2008 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, | |
| Cross-claimant, | |
| vs. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation; NEOPLAN USA CORPORATION, a Colorado corporation, | |
| Cross-Defendants. | |

STIPULATION & [PROPOSED] ORDER RE: WITHDRAWAL OF MOT. FOR SUMMARY JUDGMENT
CASE NO. C06-1021 PJH
n:\ptc\li2006\061009\00458168.doc

This litigation was initiated in 2006 by Travelers Casualty and Surety Company ("Travelers"), a surety guaranteeing performance by Neoplan USA Corporation ("Neoplan") of its obligations under a contract with the City and County of San Francisco (the "City") for the manufacture and delivery of diesel buses. Travelers also named as defendants Neoplan subcontractors who had manufactured parts for the diesel buses. Neoplan, the City and some of the subcontractors filed cross-claims against one another.

On August 17, 2006, Neoplan filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware, seeking relief under Chapter 11 of the U.S.C. §§ 101, *et seq.*

As of this date, Neoplan and the City are the only remaining parties to this action. Neoplan and the City have reached an agreement in principal to settle all their claims against one another. This agreement is being reduced to writing, and is contingent upon approval by the Board of Directors of the San Francisco Metropolitan Transportation Agency ("SFMTA") and the bankruptcy court. Neoplan and the City anticipate that the proposed settlement will be presented to the SFMTA Board and the bankruptcy court for consideration no later than February 29, 2008. In light of these circumstances, Neoplan and the City wish to stay further litigation of this action pending completion of the settlement process to avoid unnecessary litigation costs and waste of court resources. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN NEOPLAN AND THE CITY:**

The City shall withdraw its pending Motion For Summary Judgment, Or In The Alternative For Summary Adjudication, As To Neoplan USA Corporation, presently scheduled for hearing on January 9, 2008. The City's agreement to withdraw this motion is contingent upon final settlement and dismissal of Neoplan's and the City's claims against one another. Neoplan and the City further stipulate to vacation of the trial date of April 7, 2008.

//

//

Neoplan and the City further stipulate that, in the event that Neoplan's and the City's claims are not settled and dismissed, the City may reinstate its Motion For Summary Judgment, Or In The Alternative For Summary Adjudication, As To Neoplan USA Corporation.

Dated: 1-7-08

WENDEL ROSEN BLACK & DEAN LLP.

By: _____
TAMMY BROWN
Attorneys for Cross-Complainant and Cross Defendant NEOPLAN USA CORPORATION

Dated: Jan 7, 2008

OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO

By: _____
KRISTINE A. POPLAWSKI
Attorneys for Cross-Complainant and Cross Defendant CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties are to appear for a Case Management Conference in this action on March 27, 2008, at 2:30 p.m., unless by that date all remaining parties have filed a request for dismissal of the remaining claims in this action.

Dated: 1/8/08

_____
The Honorable Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROPOSED] ORDER RE: WITHDRAWAL OF MOT. FOR SUMMARY JUDGMENT
CASE NO. C06-1021 PJH                    2                    c:\documents and settings\tbrown\local settings\temporary
                                                              internet files\olk191\00458168.doc

# PROOF OF SERVICE

I, Martina Hassett, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On January 7, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**

on the following persons at the locations specified:

| | |
|---|---|
| Matthew F. Graham, Esq.<br>Tammy A. Brown, Esq.<br>Wendel Rosen Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036<br>Telephone: (510) 834-6600<br>Facsimile: (510) 834-1928<br>*(Counsel for Neoplan USA Corporation)* | Patricia M. Coleman, Esq.<br>K. Lynn Finateri, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 457-1800<br>Facsimile: (213) 457-1850<br>*(Counsel for Defendant General Motors Corp.)* |

in the manner indicated below:

☒ **BY E-FILING**: Via the court-mandated e-filing service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 7, 2008, at San Francisco, California.

*/s/ Martina Hassett*
Martina Hassett