1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KRISTINE A. POPLAWSKI, State Bar #160758
   Deputy City Attorney
4  1390 Market Street, 7th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3878
   Facsimile:    (415) 554-3985
6
   Attorneys for Cross-Complainant & Cross-Defendant
7  CITY AND COUNTY OF SAN FRANCISCO

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS CASUALTY AND SURETY COMPANY, | Case No. C06-1021 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME AND DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE IN THIS MATTER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | Date Action Filed:   February 14, 2006 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, | |
| Cross-claimant, | |
| vs. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation; et al., | |
| Cross-Defendants. | |

Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Cross-Complainant and Cross Defendant Neoplan USA Corporation ("Neoplan") and Cross-Complainant and Cross-Defendant City and County of San Francisco (the "City") hereby stipulate to change the date of the further case management conference, which is presently set for March 27, 2008 at 2:30 p.m. Good cause exists to postpone the further case management conference.

STIPULATION & [PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. C06-1021 PJH              1                    n:\ptc\li2006\061009\00471755.doc

This litigation was initiated by Travelers Casualty and Surety Company ("Travelers"), which guaranteed Neoplan's performance of its obligations under a contract to manufacture and deliver diesel buses to the City. Travelers also named as defendants Neoplan's subcontractors. Neoplan, the City and some of the subcontractors filed cross-claims against one another.

As of this date, Neoplan and the City are the only remaining parties to this action. Neoplan intends to move this Court for leave to dismiss its claims against the City with prejudice. Should Neoplan dismiss its claims against the City with prejudice, the City would then consider whether to continue litigation of its claims against Neoplan. Such a decision whether to continue or dismiss the City's claims against Neoplan must be made by the Board of the San Francisco Municipal Transportation Agency at a duly noticed regular meeting of that entity. The earliest such meeting at which this matter may be raised before the San Francisco MTA Board is April 15, 2008.

Neoplan and the City therefore stipulate to, and respectfully request that the Court order, a postponement of the March 27, 2008 further case management conference in this matter.

Dated: 3-13-08

WENDEL ROSEN BLACK & DEAN LLP.

By: /s/ Tammy Brown
TAMMY BROWN
Attorneys for NEOPLAN USA CORPORATION

Dated: Mar. 13, 2008

OFFICE OF THE CITY ATTORNEY OF SAN FRANCISCO

By: /s/ Kristine A. Poplawski
KRISTINE A. POPLAWSKI
Attorneys for CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties are to appear for a Case Management Conference in this action on ___May 15___, 2008 at _2:30 p.m_, unless by that date all remaining parties have filed a request for dismissal of the remaining claims in this action.

Dated: March 14, 2008

The Honorable Phyllis J. Hamilton

*UNITED STATES DISTRICT COURT — IT IS SO ORDERED*

STIPULATION & [PROPOSED] ORDER CHANGING DATE OF CASE MGMT CONFERENCE
CASE NO. C06-1021 PJH                           2                           100\004\1755.doc