| | |
|---|---|
| Matthew F. Graham (Bar No. 95194)<br>mgraham@wendel.com<br>Tammy A. Brown (Bar No. 172612)<br>tbrown@wendel.com<br>**WENDEL, ROSEN, BLACK & DEAN LLP**<br>1111 Broadway, 24th Floor<br>Oakland, California 94607-4036<br>Telephone: (510) 834-6600<br>Fax: (510) 834-1928 | Dennis J. Herrera, Esq.<br>City Attorney<br>Kristine A. Poplawski, Esq.<br>Deputy City Attorney<br>1390 Market Street, Seventh Floor<br>San Francisco, CA 94102<br>Phone: (415) 554-3878<br>Fax: (415) 554-3985 |
| Attorneys for Cross-Defendant and Cross-Claimant<br>Neoplan USA Corporation | Attorneys for Defendant and Cross-Claimant<br>City and County of San Francisco |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation, VERINT SYSTEMS, INC., a Delaware corporation,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C 06 1021 PJH (WDB)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF NEOPLAN'S CLAIMS AGAINST THE CITY AND COUNTY OF SAN FRANCISCO**<br><br>DATE ACTION FILED: 2/14/06 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the parties' Stipulation of Dismissal, cross-claimant Neoplan USA Corporation n/k/a IAPNUC Corporation ("Neoplan") moves for dismissal with prejudice of all causes of action asserted by Neoplan against the City.

///

1   Upon consideration whereof and for good cause shown, IT IS HEREBY ORDERED that
2   all causes of action asserted by Neoplan against the City and County of San Francisco be, and the
3   same hereby are, DISMISSED, with prejudice, with the parties bearing their own costs, attorneys'
4   fees, and expenses related to those claims.

5   IT IS SO ORDERED:

6   Dated: __March 26_____, 2008



*[PROPOSED] ORDER OF DISMISSAL Case No. C 06 1021 PJH (WDB)*   - 2 -