| | |
|---|---|
| DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy<br>KRISTINE A. POPLAWSKI, State Bar #160758<br>Deputy City Attorney<br>1390 Market Street, Seventh Floor<br>San Francisco, California 94102-5408<br>Telephone:   (415) 554-3878<br>Facsimile:    (415) 554-3985<br>E-Mail: kristine.poplawski@sfgov.org<br><br>Attorneys for Cross-Claimant<br>CITY AND COUNTY OF SAN FRANCISCO | MATTHEW F. GRAHAM, ESQ., State Bar #95194<br>mgraham@wendel.com<br>TAMMY A. BROWN, ESQ., State Bar #172612<br>tbrown@wendel.com<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607<br>Telephone:  (510) 834-6600<br>Facsimile:   (510) 834-1928<br><br>Attorneys for Cross-Defendant Neoplan USA Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a California municipal corporation; GENERAL MOTORS CORPORATION, a Delaware corporation; LORONIX, INC., a California corporation; VERINT SYSTEMS, INC., a Delaware corporation<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. C06-1021 PJH<br><br>**[PROPOSED] ORDER OF DISMISSAL OF THE CITY AND COUNTY OF SAN FRANCISCO'S CLAIMS AGAINST NEOPLAN USA CORPORATION**<br><br>Date Action Filed:       February 14, 2006 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the parties' Stipulation of Dismissal, cross-claimant City and County of San Francisco (the "City") moves for dismissal with prejudice of all causes of action asserted by it against cross-defendant Neoplan USA Corporation.

Case 4:06-cv-01021-PJH   Document 163   Filed 04/22/08   Page 2 of 3

1  Upon consideration whereof and for good cause shown, IT IS HEREBY ORDERED that all
2  causes of action asserted by the City against Neoplan be, and the same hereby are, DISMISSED, with
3  prejudice, with the parties bearing their own costs, attorneys' fees, and expenses related to those
4  claims.

5  IT IS SO ORDERED:

6  Dated: ___April 22_____, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER OF DISMISSAL
CASE NO. C06-1021 PJH

1

N:\PTC\LI2006\061009\00479465.DOC

# PROOF OF SERVICE

I, Martina Hassett, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On April 21, 2008, I served the following document(s):

**[PROPOSED] ORDER OF DISMISSAL OF THE CITY AND COUNTY OF SAN FRANCISCO'S CLAIMS AGAINST NEOPLAN USA CORPORATION**

on the following persons:

| | |
|---|---|
| Matthew F. Graham, Esq.<br>Tammy A. Brown, Esq.<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA  94607<br>Telephone:  (510) 834-6600<br>Facsimile:   (510) 834-1928<br>*(Counsel for Neoplan USA Corporation)* | Patricia M. Coleman, Esq.<br>K. Lynn Finateri, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 457-1800<br>Facsimile:   (213) 457-1850<br>*(Counsel for Defendant General Motors Corp.)* |

in the manner indicated below:

☒  **BY E-FILING:** Via the court-mandated e-filing service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 21, 2008, at San Francisco, California.

/s/
_____
Martina Hassett

PROOF OF SERVICE
CASE NO. C06-1021 PJH

n:\ptc\li2006\061009\00479465.doc